IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 22–cv–01795–RMR–MDB

CECELIA TESCH, individually and as next friend to minor Plaintiff R.P.,

    Plaintiff,

v.

META PLATFORMS, INC.,
FACEBOOK HOLDINGS, LLC,
FACEBOOK OPERATIONS, LLC,
FACEBOOK PAYMENTS, INC.,
FACEBOOK TECHNOLOGIES, LLC, and
SICILUS, INC.,

    Defendants.

## ORDER GRANTING MOTION TO STAY PENDING DECISION OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ON MOTION TO TRANSFER

This case comes before the Court on the Parties' "Joint Motion to Stay All Deadlines Pending Decision of Judicial Panel on Multidistrict Litigation on Motion to Transfer." (Doc. No. 10.) The Court has reviewed the Motion and, finding good cause to stay all deadlines, IT IS HEREBY ORDERED THAT all proceedings in this action are temporarily stayed pending the Judicial Panel on Multidistrict Litigation ["MDL Panel"] determination on whether this action should be transferred and consolidated in *In re Social Media Adolescent Addiction/Personal Injury Product Liability Litigation*, MDL No. 3047 (J.P.M.L. 2022). The Motion to Stay (Doc. No. 10) is thus **GRANTED**. In the event the MDL Panel does not transfer this case, the parties

shall file a joint status report within 10 days of that determination, advising whether the proposed scheduling order deadline should be reset.

Dated this 6th day of September, 2022.

SO ORDERED,

BY THE COURT:

_____
Maritza Dominguez Braswell
United States Magistrate Judge